KAREN P. HEWITT
United States Attorney
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney
California State Bar No. 144911
Federal Office Building
880 Front Street, Rm. 6293
San Diego, California 92101
Telephone: (619) 557-7044

Attorneys for Plaintiff
United States of America



FILED
SEP 0 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LABORATORIOS TORNEL, S.A. (1),<br>LUIS BRAVO TORNEL (2),<br>MAURICIO BRAVO BERENTSEN (3),<br><br>    Defendants. | Criminal Case No. 05cr1631-L<br><br>**ORDER DISMISSING ORIGINAL INDICTMENT AS TO THREE DEFENDANTS AND RECALLING ARREST WARRANTS** |

UPON MOTION OF THE UNITED STATES, and good cause appearing,

IT IS HEREBY ORDERED that the original Indictment in the above referenced case is ordered dismissed as to defendants Laboratorios Tornel S.A. (1) (described in the indictment as Laboratorios Tornel S.A. de C.V.), Luis Bravo Tornel (2), and Mauricio Bravo Berentsen (3), and the arrest warrants and/or any summons for defendants Laboratorios Tornel S.A., Luis Bravo Tornel, and Mauricio Bravo Berentsen are ordered recalled and cancelled. The charges in the indictment that are being dismissed are:

**Count 1**: Conspiracy to Import Schedule III Controlled Substances, to wit, anabolic steroids in violation of Title 21, United States Code, 952 (b), 960 (b)(4), and 963;

**Count 2**: Conspiracy to Distribute Schedule III Controlled Substances, to wit, anabolic steroids, in violation of Title 21, United States Code, Sections 846 and 841(a)(1);

**Count 3**: Conspiracy to Launder Money, in violation of Title 21, United States Code, Sections 956(h), 1956(a)(1)(A)(I) and 1956(a)(1)(B)(I); and

**Criminal Forfeiture:** Forfeiture Allegations in violation of Title 21, United States Code, Section 853(a)(1) and (a)(2).

This order shall not dismiss the Indictment against any remaining defendants and shall not dismiss the Superseding Information filed against defendant Laboratorios Tornel, S.A. This order of dismissal shall be considered a final adjudication of the allegations in the Indictment as to defendants Laboratorios Tornel S.A. (1) (described in the indictment as Laboratorios Tornel S.A. de C.V.), Luis Bravo Tornel (2), and Mauricio Bravo Berentsen (3). As against defendant Laboratorios Tornel S.A, the final adjudication of the allegations in the Indictment are embodied by and superseded by the guilty plea entered by the defendant Laboratorios Tornel S.A. to the Superseding Information.

IT IS SO ORDERED.

Dated: September 7, 2007

M. JAMES LORENZ
UNITED STATES DISTRICT COURT JUDGE

Submitted by:

KAREN P. HEWITT
United States Attorney

TIMOTHY D. COUGHLIN
Assistant United States Attorney

Counsel for Plaintiff
United States of America