

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>LABORATORIOS TORNEL, S.A., (1),<br><br>　　　　　Defendant. | Case No. 05cr1631-L<br><br>ORDER OF CRIMINAL FORFEITURE |

　　　WHEREAS, in the Superseding Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in $600,000.00 (U.S. Dollars) of the above-named Defendant Laboratorios Tornel, S. A. (hereinafter "Defendant Corporation"), pursuant to Title 21, United States Code, Section 853, as proceeds obtained directly or indirectly as the result of the commission of the violation charged in Count 1 of the Superseding Information; and

　　　WHEREAS, on September 7, 2007, the Defendant Corporation entered a guilty plea to Count 1 of the Superseding Information, which plea included consent to the forfeiture allegations of the Superseding Information, and an agreement to forfeit $600,000.00 (U.S. Dollars) to the United States, which amount represents the proceeds, received by the Defendant Corporation between a date unknown and September 2005, while engaging in a conspiracy to distribute anabolic steroids, Schedule III Controlled Substances as charged in Superseding Information 05cr1631-L; and

WHEREAS, by virtue of the admissions of the Defendant Corporation set out in its plea agreement and guilty plea to Count 1 of the Superseding Information, the Court determined that $600,000.00 (U.S. Dollars) represents the proceeds received by the Defendant Corporation while engaging in a conspiracy to distribute anabolic steroids as charged in the Superseding Information; and

WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is entitled to a forfeiture money judgment against the Defendant Corporation in the amount of $600,000.00 (U.S. Dollars), pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal Procedure; and

WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has established the requisite nexus between the $600,000.00 and the offense set forth in Count 1 of the Superseding Information; and

WHEREAS, the United States, having submitted the Order herein to the Defendant Corporation through its attorney of record, to review, and no objections having been received;

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. The Defendant Corporation hereby forfeits to the United States the sum of $600,000.00 (U.S. Dollars) pursuant to Title 21, United States Code, Section 853(a)(1) and (a)(2), which sum shall be paid by the Defendant Corporation at or before sentencing. A cashier's check, certified check or official bank check drawn on a U.S. bank in the amount of $600,000.00 (U.S. Dollars) shall be delivered by the Defendant Corporation to the United States and made payable to the United States Treasury.

2. Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the Defendant Corporation at the time of sentencing and is part of the sentence and included in the judgment; and

///

3. Publication of the forfeitures is not required because the specifically named amount will be paid forthwith by the Defendant Corporation over which no third party has any claim or interest. Ancillary proceedings pursuant to Title 21, United States Code, Section 853(n) are therefore not required.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 9/7/07

_____
M. JAMES LORENZ, Judge
United States District Court

Submitted by:

KAREN P. HEWITT
United States Attorney

_____
TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

Approved by:

Foley and Lardner, LLP

_____
Pamela L. Johnston
Counsel for Defendant
Laboratorios Tornel, S.A.